## Commonwealth *v.* Dibella et al., Appellants (No. 3).

Argued May 8, 1919.  Appeal, No. 95, April T., 1919, by Nicola Gentile, from judgment of Q. S. Allegheny Co., Jan. Sess., 1917, No. 241, on verdict of guilty in case of Commonwealth v. Samuel Dibella, Orazio Leone and Nicola Gentile.  Before ORLADY, P. J., PORTER, HENDERSON, HEAD, TREXLER, WILLIAMS and KELLER, JJ.  Reversed.

Indictment for conspiracy to cheat and defraud creditors.

Before BALDWIN, J., specially presiding.

Verdict of guilty on which judgment of sentence was passed.

*W. H. Coleman,* for appellants.

*Homer N. Young,* Assistant District Attorney, and with him *Harry H. Rowand,* District Attorney, and *Leonard S. Levin,* for appellee.

OPINION BY HEAD, J., July 17, 1919:

For the reasons given in the opinion this day filed in No. 93, April Term, 1919, the judgment is reversed and a venire facias de novo awarded.